United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

MANUEL SAUCEDO LEMUS, §
§
    Petitioner, §
§
v. §     CIVIL ACTION No. L-26-415
§
§
§
WARDEN, Rio Grande Processing Center; §
MIGUEL VERGARA, Field Office §
Director of Enforcement and Removal §
Operations, Harlingen Field Office, U.S. §
Immigration and Customs Enforcement §
ICE); KRISTI NOEM, Secretary, U.S §
Department of Homeland Security; §
PAMELA BONDI, U.S. Attorney General; §
U.S. DEPARTMENT OF HOMELAND §
SECURITY; EXECUTIVE OFFICE FOR §
IMMIGRATION REVIEW, §
§
    Respondents. §

## ORDER OF DISMISSAL

On March 17, 2025, Petitioner Manuel Saucedo Lemus, a native and citizen of Mexico who was detained in immigration custody, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. D.E. 1. After Respondents had submitted an answer and a motion for summary judgment, D.E. 8, Lemus filed a Motion to Voluntarily Dismiss Habeas Petition Without Prejudice. D.E. 10. The parties, however, subsequently filed advisories indicating that Lemus voluntarily departed to his native Mexico on May 21, 2026. D.E. 12, 13.

Lemus is no longer in custody and no live controversy remains. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT**

**PREJUDICE** as **MOOT**.

**ORDERED** this 12 day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE